# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JAMES HEATH,<br>    a/k/a "Jay Mo," | : | VIOLATIONS:<br>18 U.S.C. § 1951(a) (conspiracy to |
| KERRY YOUNG,<br>    a/k/a "Vicious," | : | interfere with interstate commerce by<br>robbery –1 count) |
| TRANCE KALE,<br>    a/k/a, "Triz," | : | 18 U.S.C. § 1951(a) (interference with<br>interstate commerce by robbery –2 |
| AARON CONQUEST,<br>    a/k/a "Ace," | : | counts)<br>18 U.S.C. § 924(c)(1) (using and carrying |
| | : | a firearm during and in relation to a<br>crime of violence –2 counts) |
| | : | 21 U.S.C. § 841(a)(1) (possession with<br>intent to distribute a controlled |
| | : | substance - 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times relevant to this indictment:

1.      Davis Pharmacy, located at 4523 Baltimore Avenue, in Philadelphia, Pennsylvania, was a business engaged in and affecting interstate commerce, and provided prescription drugs, medication, and varied merchandise, or goods and services, which were produced and transported from other states to Pennsylvania.

2.      From on or about November 10, 2008, through on or about November 11, 2008, in Philadelphia, the Eastern District of Pennsylvania, defendants

**JAMES HEATH,**
**a/k/a "Jay Mo,"**
**KERRY YOUNG,**
**a/k/a "Vicious,"**
**TRANCE KALE,**
**a/k/a, "Triz,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

conspired and agreed together, and with others known and unknown to the grand jury, to commit robbery, which robbery would unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, in that defendants HEATH, YOUNG, KALE and CONQUEST conspired to unlawfully take and obtain money, drugs and other items of value from the person and presence of the owner and employees of Davis Pharmacy, located at 4523 Baltimore Avenue in Philadelphia, Pennsylvania, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future to their person and property, in violation of Title 18, United States Code, Section 1951(a).

## MANNER AND MEANS

It was part of the conspiracy that:

1.      Defendants JAMES HEATH, KERRY YOUNG, TRANCE KALE and AARON CONQUEST planned and executed the robberies of the Davis Pharmacy to obtain cash and prescription drugs.

2.      In the commission of the robberies of the Davis Pharmacy, defendants JAMES HEATH, KERRY YOUNG, TRANCE KALE and AARON CONQUEST, and others known and unknown to the grand jury:

a. armed themselves with firearms;

2

b.  drove together to the Davis Pharmacy;

c.  entered the Davis Pharmacy brandishing firearms, and demanded money, prescription drugs, and controlled substances; and

d.  after obtaining the proceeds from the Davis Pharmacy, they fled and split the proceeds.

**OVERT ACTS**

In furtherance of the conspiracy and to effect the object of the conspiracy, defendants JAMES HEATH, KERRY YOUNG, TRANCE KALE, and AARON CONQUEST committed the following overt acts, among others, in the Eastern District of Pennsylvania:

The November 10, 2008 Robbery

On or about November 10, 2008:

1.     Defendants JAMES HEATH, KERRY YOUNG, AARON CONQUEST, and others known and unknown to the grand jury, drove to the Davis Pharmacy, located at 4523 Baltimore Avenue in Philadelphia, Pennsylvania.

2.     Defendants JAMES HEATH, KERRY YOUNG, and AARON CONQUEST and others known and unknown to the grand jury entered the Davis Pharmacy, while other(s) known and unknown to the grand jury waited in the get-away car.

3.     One defendant was armed with a shotgun and another defendant was armed with a handgun.  The defendants demanded cash, prescription drugs and controlled substances from the pharmacy owner and an employee.

4.     Defendants JAMES HEATH, KERRY YOUNG, and AARON CONQUEST, stole approximately $100 in United States currency from the cash register and they

3

all fled the store.

The November 11, 2008 Robbery

On or about November 11, 2008:

5.      Defendants KERRY YOUNG, TRANCE KALE, and AARON
CONQUEST and persons known and unknown to the grand jury drove to the Davis Pharmacy,
located at 4523 Baltimore Avenue in Philadelphia, Pennsylvania.

6.      A person known to the grand jury was armed with a shotgun and another
person known to the grand jury was armed with a handgun.  Defendant AARON CONQUEST
ordered the owner and an employee of the Davis Pharmacy to lie on the floor.

7.      Persons known and unknown to the grand jury went behind the counter of
the pharmacy and stole approximately $700 in United States currency, a large quantity of
prescription drugs, controlled substances, a black bag containing a laptop computer, and
numerous bank checks.

8.      After fleeing the Davis Pharmacy, defendants KERRY YOUNG, TRANCE
KALE, and AARON CONQUEST, and persons known and unknown to the grand jury, drove in
the get-away car to the home of defendant TRANCE KALE.

9.      Defendants KERRY YOUNG, TRANCE KALE, and AARON
CONQUEST were joined at the home of defendant KALE by defendant JAMES HEATH.
Defendant KALE and others known and unknown to the grand jury bragged that we did a "sting."

10.     The defendants and persons known and unknown to the grand jury split the
proceeds of the robbery.

11.     Defendants JAMES HEATH, KERRY YOUNG, AND TRANCE KALE,

4

gave the bank checks taken in the robbery of the Davis Pharmacy to Person # 1, a person known to the grand jury.

12.     Defendants JAMES HEATH, KERRY YOUNG, TRANCE KALE, and AARON CONQUEST, and a person known to the grand jury, agreed to sell the prescription drugs and controlled substances that they stole from the Davis Pharmacy.

13.  Defendant AARON CONQUEST and a person known to the grand jury sold the laptop computer taken in the robbery and split the proceeds.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

        1.      Paragraph 1of Count 1of this indictment is incorporated here.

        2.      On or about November 10, 2008, in Philadelphia, the Eastern District of

Pennsylvania, defendants

**JAMES HEATH,**
**a/k/a "Jay Mo,"**
**KERRY YOUNG,**
**a/k/a "Vicious,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

obstructed, delayed, and affected commerce and the movement of articles and commodities in

commerce, and attempted to do so, by robbery, in that, defendants HEATH, YOUNG, and

CONQUEST unlawfully took and obtained, and aided and abetted the unlawful taking and

obtaining of, money and drugs belonging to Davis Pharmacy, located at 4523 Baltimore Avenue,

Philadelphia, Pennsylvania, in the presence of the owner and an employee of that business, and

against their will, by means of actual and threatened force, violence, and fear of injury, immediate

and future to their person and property, that is, by brandishing a shotgun and a handgun,

demanding money and drugs and threatening the owner and an employee of the Davis Pharmacy.

_____In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 10, 2008, in Philadelphia, the Eastern District of

Pennsylvania, defendants

**JAMES HEATH,**
**a/k/a "Jay Mo,"**
**KERRY YOUNG,**
**a/k/a "Vicious,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a

shotgun and a handgun, during and in relation to a crime of violence for which they may be

prosecuted in a court of the United States, that is, conspiracy to commit interference with

interstate commerce by robbery and interference with interstate commerce by robbery, in violation

of Title 18, United States Code, Section 1951.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.      Paragraph 1of Count 1of this indictment is incorporated here.

      2.      On or about November 11, 2008, in Philadelphia, the Eastern District of

Pennsylvania, defendants

**KERRY YOUNG,**
**a/k/a "Vicious,"**
**TRANCE KALE,**
**a/k/a, "Triz,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

obstructed, delayed, and affected commerce and the movement of articles and commodities in

commerce, and attempted to do so, by robbery, in that, defendants YOUNG, KALE, and

CONQUEST unlawfully took and obtained, and aided and abetted the unlawful taking and

obtaining of, money and drugs belonging to Davis Pharmacy, located at 4523 Baltimore Avenue,

Philadelphia, Pennsylvania, in the presence of the owner and an employee of that business, against

their will, by means of actual and threatened force, violence, and fear of injury, immediate and

future to their person and property, that is, by brandishing a shotgun and a handgun, demanding

money and drugs and threatening the owner and an employee of the Davis Pharmacy.

      In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 11, 2008, in Philadelphia, the Eastern District of

Pennsylvania, defendants

**KERRY YOUNG,**
**a/k/a "Vicious,"**
**TRANCE KALE,**
**a/k/a, "Triz,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a

shotgun and a handgun, during and in relation to a crime of violence for which they may be

prosecuted in a court of the United States, that is, conspiracy to commit interference with

interstate commerce by robbery and interference with interstate commerce by robbery, in violation

of Title 18, United States Code, Section 1951.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 11, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**JAMES HEATH,**
**a/k/a "Jay Mo,"**
**KERRY YOUNG,**
**a/k/a "Vicious,"**
**TRANCE KALE,**
**a/k/a, "Triz,"**
**AARON CONQUEST,**
**a/k/a "Ace,"**

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (B)(1)(c), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

_____As a result of the violations of Title 18, United States Code, Section 924(c), as charged in this indictment, defendants

**JAMES HEATH,**
**a/k/a "Jay Mo,"**
**KERRY YOUNG,**
**a/k/a "Vicious,"**
**TRANCE KALE,**
**a/k/a, "Triz,"**
**AARON CONQUEST,**
**a/k/a "Ace"**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of this offense, including, but not limited to, the shotgun and handgun used by or possessed by them on November 10, 2008, November 11, 2008, and November 25, 2008.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL:**

_____
_____**GRAND JURY FOREPERSON**

_____
**LAURIE MAGID**
**United States Attorney**

11